JS - 6
FILED: 2/23/15

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Gilbert Salinas*, | CASE NO. CV 14-7916-GHK (RZx) |
| Plaintiff, | |
| v. | JUDGMENT |
| *Falchion Land Management, Inc., et al.*, | |
| Defendants. | |

Pursuant to the Court's February 23, 2015 Order, IT IS HEREBY ADJUDGED that Plaintiff's Complaint is **DISMISSED without prejudice**. Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: February 23, 2015

_____
GEORGE H. KING
Chief United States District Judge